IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 22-cv-1201 |
| CORNERSTONE ASSURANCE GROUP ) | |
| INC., EDWARD HALEY, ANDREW M. ) | Judge: Honorable Martha M. Pacold |
| HALEY, JOHN Q. HALEY, AND ) | |
| SAMANTHA SUH TRACE, ) | Magistrate: Honorable Young B. Kim |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Admiral Insurance Company ("Admiral"), Defendant Cornerstone Assurance Group, Inc. ("Cornerstone"), and Defendants Edward Haley, Andrew M. Haley, and Samantha Suh Trace ("Individual Defendants") that: (1) all claims asserted by Admiral in this lawsuit against Defendant John Q. Haley are hereby dismissed without prejudice; and (2) all claims and counterclaims in this lawsuit asserted by and between Admiral, Cornerstone and the Individual Defendants are hereby dismissed with prejudice, with no finding of liability as to any party. Therefore, this matter shall be dismissed, with each party to bear its own attorneys' fees, costs and expenses in this action. All future court dates are hereby stricken.

Dated: October 12, 2022           Respectfully Submitted,


By: /s/ Joseph J. Stafford                By: /s/ Aaron Rifkind
Attorney for Admiral Insurance Company    Attorney for Cornerstone Assurance Group, Inc.

276220309v.1
276220309v.1

| | |
|---|---|
| Wilson Elser Moskowitz Edelman & Dicker LLP<br>55 West Monroe Street - Suite 3800<br>Chicago, IL 60603-5016<br>Joseph.Stafford@wilsonelser.com<br>(312) 704-0550 | Rifkind Patrick LLC<br>3025 North Lincoln Avenue<br>Chicago, Illinois 60657<br>arifkind@rifkindpatrick.com<br>312-725-4229 |

By: /s/ Michael Chabraja
Attorney for Edward Haley, Andrew Haley, and Samantha Suh Trace

Hilary Burger
Ice Miller LLP
200 West Madison Street, Suite 3500
Chicago, Illinois 60606
Michael.Chabraja@icemiller.com
312-726-8149