## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Admiral Insurance Company

                  Plaintiff,

v.                                                                     Case No.: 1:22−cv−01201

                                                                                     Honorable Martha M. Pacold

Cornerstone Assurance Group, Inc., et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 13, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Stipulation of Dismissal [33], this case is hereby dismissed, with each party bearing its own costs and attorney's fees. All claims asserted by Admiral in this lawsuit against Defendant John Q. Haley are hereby dismissed without prejudice; and all claims and counterclaims in this lawsuit asserted by and between Admiral, Cornerstone and the Individual Defendants are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses. All future court dates are stricken. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.